CHRISTIAN SAUTTER, JR., Respondent, *v.* JOHN C. FULMER et al., as Executors of and Trustees under the Will of JACOB ANGE, Deceased, Appellants.

W. STRONG CLOHER et al., as Executors of WILLIAM H. CLOHER, Deceased, Respondents, *v.* JOHN C. FULMER et al., as Executors of and Trustees under the Will of JACOB ANGE, Deceased, Appellants.

WILLIAM I. TABER, Respondent, *v.* JOHN C. FULMER et al., as Executors of and Trustees under the Will of JACOB ANGE, Deceased, Appellants.

T. HARVEY FERRIS, Respondent, *v.* JOHN C. FULMER et al., as Executors of and Trustees under the Will of JACOB ANGE, Deceased, Appellants.

GEORGE W. GAMMEL, Respondent, *v.* JOHN C. FULMER et al., as Executors of and Trustees under the Will of JACOB ANGE, Deceased, Appellants.

FIRST BANK AND TRUST COMPANY OF UTICA, as Executor of JOHN H. SIEMERS, Deceased, Respondent, *v.* JOHN C. FULMER et al., as Executors of and Trustees under the Will of JACOB ANGE, Deceased, Appellants.

CARRIE B. SHERMAN, Respondent, *v.* JOHN C. FULMER et al., as Executors of and Trustees under the Will of JACOB ANGE, Deceased, Appellants.

(Submitted March 14, 1932; decided March 22, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 258 N. Y. 107.)